# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re:<br><br>Michael E. Babineau<br>    Debtor | Bk. No. 18–10614–BAH<br>Chapter 13 |

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor and joint debtor did not file Debtor's Certification About a Financial Management Course (Official Form 423).

☒ Debtor did not file Debtor's Certification About a Financial Management Course (Official Form 423).

☐ Joint debtor did not file Debtor's Certification About a Financial Management Course (Official Form 423).

☐ Debtor has not certified that all domestic support obligations due have been paid.

☒ Debtor has not filed the required Affidavit of Compliance with Discharge Requirements.

| | |
|---|---|
| Date: December 19, 2023 | Kristie Trimarco<br>Clerk of Court<br>By: /s/ R. Menard<br>Deputy Clerk |

Form clsnodsc1213–824